UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **IN RE SEARCH WARRANT** | : | **MAG. NO.** _____ |
| | : | |
| | : | |
| | : | **UNDER SEAL** |
| | : | |
| | : | |

### GOVERNMENT'S MOTION TO FILE AFFIDAVIT IN SUPPORT
### OF SEARCH WARRANT AND
### SUPPORTING PLEADINGS UNDER SEAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby requests that the attached Affidavit in Support of Search Warrant, and the paperwork accompanying it, be placed under seal until the search has been completed. For the same reasons discussed below, the government further requests that this Motion and any resulting Order be placed under seal by the Court until further order of the Court.

The government plans to execute the search warrant on the morning of Wednesday, November 7, 2007, or as soon thereafter as possible. The government fears that, if the subjects of the investigation learn about the warrants before they are executed, the subjects may attempt to hide items that otherwise might be found during the search.

The government further requests that this motion, the affidavit and accompanying paperwork, and resulting Order be filed under seal to protect law enforcement officials who will be involved in the execution of the search warrant, as well as any civilians who may be in the area when the warrant is executed.

Wherefore, the government requests that this motion, the affidavit and accompanying

paperwork, and the resulting Order be placed under seal.  A proposed Order is attached for the Court's signature.

                                      Respectfully submitted,

                                      JEFFREY A. TAYLOR
                                      UNITED STATES ATTORNEY

By: _____
      Timothy G. Lynch, D.C. Bar No. 456506
      Geoffrey L.J. Carter
      Assistant United States Attorneys
      Fraud & Public Corruption Section
      555 4th Street NW
      Washington, D.C. 20530
      (202) 353-4862
      timothy.lynch2@usdoj.gov