**FILED**
NOV 07 2007
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE SEARCH WARRANT : MAG. NO. 07-552-M-01
:
:
: **UNDER SEAL**

**ORDER**

Upon consideration of the government's motion for leave to file the Affidavit in Support of Search Warrant and accompanying paperwork in the this matter under seal, as well as sealing its Motion to Seal and the resulting Order, and for good cause shown therefor, it is hereby

**ORDERED** that the government's Affidavit in Support of Search Warrant, the accompanying paperwork, the government's Motion to Seal, and this Order, shall be, until further Order of this Court, **SEALED**.

**SO ORDERED**, this 7th day of November, 2007.

_____
THE HONORABLE
UNITED STATES MAGISTRATE JUDGE

Serve: Timothy G. Lynch
    Geoffrey L.J. Carter
    Assistant United States Attorneys
    Fraud & Public Corruption Section
    555 4th Street NW, Room 5235
    Washington, D.C. 20530
    Fax: (202) 307-2304
    e-mail: timothy.lynch2@usdoj.gov

3