AO93(Rev 5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

District of Columbia Office of Tax and Revenue
941 North Capitol Street NW
Washington D.C. 20002

# SEALED

## SEARCH WARRANT

CASE NUMBER:07 - 5 5 2 - M - 0 1

TO: any Authorized Officer of the United States

Affidavit(s) having been made before me by  Special Agent Robert A. Schwinger who has reason to believe that
(name, description and or location)

on the premises of See Attachment B

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See Attachment A

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _____ NOV 1 3 2007 _____
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

NOV 0 7 2007

_____
Date and Time Issued
ALAN KAY
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

at Washington, D.C.

_____
Signature of Judicial Officer
ALAN KAY
U.S. MAGISTRATE

AO 109 (2/90) Seizure Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 11/7/07 | 11/7/07 9:40 am | Charles Fultz, CCFC/OIC |

| INVENTORY MADE IN THE PRESENCE OF     Charles Fultz CCFC/OIC |
|---|

| INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT |
|---|
| See Attached |

**CERTIFICATION**

**FILED**

NOV 16 ~~~~

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_Special Agent, FBI, WFO_

Subscribed, sworn to, and returned before me this date.

_____          11-16-07
U.S. Judge or U.S. Magistrate Judge                    Date

FD-597 (Rev 8-11-94)

Page __1__ of __2__

### UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # _194B-WF-237067_

On (date) _November 7, 2007_

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☑ Seized

(Name) _DC Office of the Chief Financial Officer_

(Street Address) _941 N. Capitol Street_

(City) _Washington DC_

Description of Item(s):

① SOAR Revenue Refund Vouchers for February, March, + April 07

② SOAR Revenue Refund Vouchers November/December 06; April/May 07; Jan 07; July-Oct 07

③ SOAR Revenue Refund Vouchers prepared by Constance Thomas/Brown; TCF National Bank FBO AEON 11/07 Embassy Tax Services 11/07; SOAR Refund Vouchers Sept/Oct 07

④ SOAR Check Cancellations/Stop Payment Requests; SOAR Vouchers 11/03; 11/04; 10/06 and copies of Cashiers Checks

⑤ Approx 10 refund Vouchers processed by Constance Thomas Brown

⑥ SOAR Revenue Refund Vouchers 12/2005 → 11/2006

⑦ SOAR Revenue Refund Vouchers 7/05 → 12/05

⑧ DC Real property acct summary page; Redemption schedules; Voucher log 9/1 - 11/6/07; email to Connice from Wilma Hansum ritpan; Walter bills/Condo info/bank acct; Neiman Marcus docs

⑨ SOAR Revenue receipts; Journal vouchers/refund vouchers; Agency revenue/expenditures; + blank real property tax bill

⑩ Batch transmittal for refund Vouchers; copies of checks paid to the District; wire xfer to Dist

⑪ Photo copy 3 Envelops Held for Pickup "Harriett 1/24/07; Memo 2/2/07 By eblr Pat; Funeral brochure

⑫ Copies of written checks of H Walters; Money order receipts; personal receipts + handwritten notes

⑬ SOAR packets for Refund Payments 2005 - 2006; Ledger; record keeping docs; Check-Flambards

⑭ 8 dolls

⑮ 1 Faberge Vase; 1 Faberge egg; 1 Louis Vuitton bag

⑯ Harriette Walters bank statements; credit card bills; travel pictures

Received By: _(signature)_    Received From: _(signature)_
(Signature)                              (Signature)

FD-597 (Rev. 8-11-94)                                                                    Page ___2___ of ___2___

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _1943-WF-237067_

On (date) _November 7, 2007_

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) _DC Office of the Chief Financial Officer_

(Street Address) _941 N. Capitol Street_

(City) _Washington DC_

Description of Item(s): (17) SOAR REVENUE Refund Voucher by Geraldine Robinson
Letter from Wilkes Artis; Jaynece Turnball/First American Letter
(18) Harriette Walters Condo info; Geico bill; collection Letter
(19) Harriette Walters Labels + Correspondences; Wells Fargo info; pay stub addendum
(20) Copies of checks; emails; health records for Walters; property tax bills
(21) Sheila Jones Tax forms; Mortgage Docs
(22) Bills from AT+T; Amex, nonstrum, wells Fargo, + Verizon for Walters
— Neiman Marcus rewards point update
(23) Screen shots w/ name David A Fuss + 4 pgs Emails w/ name Wilkes Artis
(24) Server files on Maxtor 60GB HD  SN Y22BILØE
(25) One 300 GB HDD, Maxtor SN LGIR4S3H containing images of S. Jones + S.Robinson
(26) One 160 GB HDD Western Digital S/N WCANMD892150 image of D. Gustus
(27) One 120 GB HDD Western Digital SN WCANMR49566 image of C. Brown
(28) One 160 GB HDD Western Digital S/N WCANMD824449 image of H Walters
(29) One 250 GB HDD Western Digital S/N WCANKHO59547 image of C Weems + K Fleet
(30) One 160 GB HDD Western Digital S/N WCANMD892466 image of C Hoyne
(31) Neiman Marcus Cards # 04 2234 347138 + 04 8101 98830 0
(32) 1 envelope w/ $240 + 1 envelope w/$420
(33) Soar Revenue Refund Voucher for $410,900 in the Name of David Fuss

Received By: _[signature]_                     Received From: _[signature]_
_____(Signature)_____                     _____(Signature)_____