UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 1 6 2007

Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : CRIMINAL NO. 07-552-M (AK) |
| IN THE MATTER OF THE SEARCH OF | : |
| DISTRICT OF COLUMBIA OFFICE OF | : UNDER SEAL |
| TAX AND REVENUE | : |
| 941 NORTH CAPITOL STREET, NW | : |
| WASHINGTON, DC 20002 | : |

## UNITED STATES' MOTION TO UNSEAL THE SEARCH WARRANT IN THIS CASE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this motion to unseal the search warrant in this case (to the extent that this document currently may be sealed). In support of this motion the United States advises the Court as follows:

1. On November 7, 2007, this Court issued a search warrant for the District of Columbia Office of Tax and Revenue, 941 North Capitol Street, NW, Washington, DC 20002. Law enforcement personnel executed the search warrant on November 7, 2007.

2. Given that the search warrant has been executed, the United States now seeks to unseal that document.

WHEREFORE, it is respectfully requested that this motion be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar. No. 498610

By: _____
TIMOTHY LYNCH, D.C. Bar No. 456506
GEOFFREY L.J. CARTER, D.C. Bar No. 460971

**RECEIVED**

NOV 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ASSISTANT U.S. ATTORNEYS
555 4th Street, N.W., Fifth Floor
Washington, D.C. 20530
(202) 353-4862 and (202) 353-2457
Timothy.Lynch2@usdoj.gov
Geoffrey.Carter2@usdoj.gov