UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA             :
                                     :
v.                                   :
                                     :   CRIMINAL NO. 07-552-M (AK)
IN THE MATTER OF THE SEARCH OF       :
   DISTRICT OF COLUMBIA OFFICE OF    :   UNDER SEAL
   TAX AND REVENUE                   :
941 NORTH CAPITOL STREET, NW         :
WASHINGTON, DC 20002                 :

**FILED**
NOV 2 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Based on the representations in the <u>United States' Motion to Unseal the Search Warrant In This Case</u>, and for good cause shown, it is hereby ORDERED that the motion is GRANTED and that the search warrant (and accompanying search warrant return) shall be unsealed.

November 20, 2007
DATE

_____
THE HONORABLE ALAN KAY
UNITED STATES MAGISTRATE JUDGE

cc:   Timothy Lynch
      Geoffrey L.J. Carter
      Assistant United States Attorneys
      555 4th Street, N.W., Fifth Floor
      Washington, D.C. 20530